IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, § § § | | |
| *Plaintiff*, § § | | |
| v. § | Civil Action No. 5:24-cv-00231-H | |
| § § | | |
| PENSKE TRUCK LEASING CO., L.P. § § § | | |
| *Defendant*. § | | |

**STIPULATION REGARDING DEFENDANT PENSKE TRUCK LEASING CO., L.P.'S MOTION TO DISMISS PLAINTIFF NAVIGATORS SPECIALTY INSURANCE COMPANY'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND BERKLEY REGIONAL INSURANCE COMPANY'S ORIGINAL COMPLAINT IN INTERVENTION OR, IN THE ALTERNATIVE, TO STAY [ECF NO. 23]**

Penske Truck Leasing Co., L.P. and Navigators Specialty Insurance Company agree and stipulate as follows regarding Penske's November 13, 2024 motion, pursuant to *Brillhart v. Excess Insurance Co. of America*, 316 U.S. 491 (1942), and *St. Paul Insurance Co. v. Trejo*, 39 F.3d 585 (5th Cir. 1994), to dismiss Navigators' original complaint for declaratory judgment and Berkley Regional Insurance Company's original complaint in intervention or, in the alternative, to stay [ECF No. 23]:

1. Navigators' March 19, 2025 first amended complaint for declaratory relief [ECF No. 56] did not render Penske's motion [ECF No. 23] moot because the new allegations in Navigators' first amended complaint relate to Penske's citizenship for purposes of the Court's subject matter jurisdiction under 28 U.S.C. § 1332(a); the new allegations do not address the issues raised in Penske's motion. *See, e.g.*, *Cooper v. Canidae Corp*., No. 6:20-CV-077-H, 2020 U.S. Dist. LEXIS 265744, at *7 (N.D. Tex. Dec. 17, 2020) (declining to moot pending motion to dismiss that "raises arguments that remain germane to the amended complaint").

2.  Navigators' April 9, 2025 second amended complaint for declaratory relief [ECF No. 61] did not render Penske's motion [ECF No. 23] moot because the new allegations in Navigators' second amended complaint relate to the two different insurance policies issued by Berkley to Speedy Delivery LLC; the new allegations do not address the issues raised in Penske's motion. *See Cooper*, 2020 U.S. Dist. LEXIS 265744, at *7.

3.  Navigators and Penske have no objection to the Court applying Penske's fully briefed motion [ECF No. 23] to Navigators' second amended complaint and ruling on Penske's fully briefed motion without further briefing.

Dated this 23rd day of April, 2025.

Respectfully submitted,

DIANA BROOKS LAW PLLC

BY: *Diana Brooks*
**Diana Brooks**
State Bar No. 24063991
(972) 345-1496
**Julia Daneshfar**
State Bar No. 24101670
(945)248-8067
5900 S. Lake Forest Dr., Ste. 240
McKinney, Texas 75070
Main: (469) 714-0012
Diana@dianabrookslaw.com
Julia@dianabrookslaw.com

BAKER STERCHI COWDEN & RICE LLC

By: */s/ Scott D. Hofer*
Scott D. Hofer, MO #44587 (*pro hac vice*)
Angela Probasco, MO #68611 (*pro hac vice*)
2400 Pershing Road, Suite 500
Kansas City, MO 64108
816-471-2121
shofer@bakersterchi.com
aprobasco@bakersterchi.com

*Counsel for Penske Truck Leasing Co., L.P.*

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY, P.C.

By: _____
Christine Kirchner
State Bar No. 00784403
c.kirchner@chamberlainlaw.com
Chris M. Lemons
State Bar No. 24094799
Chris.lemons@chamberlainlaw.com
Mary "Katy" Andrade
State Bar No. 24118606
Katy.andrade@chamberlainlaw.com
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818

CRAIG, TERRILL, HAMM, GROSSMAN &
    ERWIN, LLP
Robert J. Craig, Jr.
State Bar No. 04987300
bobc@cthgelawfirm.com
Marcy Erwin
State Bar No.240472248
merwin@cthgelawfirm.com
9816 Slide Road, Suite 201

Lubbock, Texas, 79424
(806) 744-3232

*Counsel for Navigators Specialty Insurance Company*